```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ROBERT SHERMAN,                                       :
:
:
              Plaintiff,                              :
                                                      :      19-cv-8015 (LJL)
        -v-                                           :
                                                      :      ORDER
FIVESKY, LLC, et al.,                                 :
                                                      :
              Defendants.                             :
                                                      :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   The Court is in receipt of Defendants' motion to dismiss in which oral argument was requested. Dkt. No. 14.

   It is hereby ORDERED that a telephonic hearing is scheduled for April 30, 2020 at 11:30 a.m. The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

   SO ORDERED.

Dated: April 21, 2020
       New York, New York                      _____
                                                      LEWIS J. LIMAN
                                                      United States District Judge