```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/7/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ROBERT SHERMAN, :
:
:
Plaintiff, :  19-cv-8015 (LJL)
-v- :
:  ORDER
:
FIVESKY, LLC, FIVESKY TECHNOLOGY :
SERVICES, LLC, and REZA POURKHOMAMI, :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The parties submitted a stipulation and proposed order regarding confidential information on July 1, 2020. Dkt. No. 27. That order did not comply with Rule 2(F) of this Court's Individual Practices in Civil Cases.

The parties are directed to refile their proposed order consistent with the Court's Individual Practices, which are available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.

SO ORDERED.

Dated: July 7, 2020                            _____
       New York, New York                              LEWIS J. LIMAN
                                                    United States District Judge