UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/29/2020__
```

-------------------------------------------------------------------X
                              :

ROBERT SHERMAN,
                              :

                              :

              Plaintiff,        :       19-cv-8015 (LJL)
       -v-                    :

                              :       ORDER

FIVESKY, LLC, FIVESKY TECHNOLOGY    :
SERVICES, LLC, and REZA POURKHOMAMI,    :

                              :

             Defendants.      :

                              :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff filed a motion to quash Defendants' subpoena to Plaintiff's current employer on July 21, 2020.  Dkt. No. 36.  Defendants opposed this motion on July 23, 2020.  Dkt. No. 38.  On July 28, 2020, Defendants served the subpoena on Plaintiff's current employer, and the same day, Plaintiff filed a second motion to quash the subpoena in which it also requested a conference with this Court and sought sanctions against Defendants.  Dkt. No. 39.

      It is hereby ORDERED that Defendants shall submit a response to Plaintiff's second motion to quash by July 30, 2020 in accordance with his Court's Individual Practices in Civil Cases.  It is FURTHER ORDERED that compliance with the subpoena is STAYED pending a decision on the motion to quash.  The Court DENIES the request for sanctions.

      The Clerk of Court is respectfully directed to close Dkt. No. 36, which is DENIED both as moot and as in violation of Rules 1(A)-(B) and 4(B) of this Court's Individual Practices in Civil Cases.

      SO ORDERED.

Dated: July 29, 2020
     New York, New York                    _____
                                        LEWIS J. LIMAN
                                United States District Judge